IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FRANKLIN DAVIS**, | § | |
| *Petitioner*, | § § § | |
| v. | § | No. 3:21-CV-02333 |
| **BOBBY LUMPKIN**, Director, | § § | **DEATH PENALTY CASE** |
| Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| *Respondent*. | § | |

## ORDER

This Court, having considered Petitioner's Motion for Appointment of Counsel, GRANTS said motion. Attorneys David Voisin, Katherine Black, and Stephen Green are appointed to represent Mr. Davis under 18 U.S.C. § 3599.

It is so ORDERED.

November 3, 2021
Date

_____
United States Magistrate Judge