IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FRANKLIN DAVIS, §
§
Petitioner, §
§
v. §
§ No. 3:21-CV-2333-B-BN
BOBBY LUMPKIN, Director, Texas §
Department of Criminal Justice, §
Correctional Institutions Division, §
§
Respondent. §

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

The matter before the Court is Davis's unopposed motion, filed January 5, 2022 (ECF no. 16) requesting an extension of time to file his proposed budget.   The requested extension is unopposed, reasonable in duration, and justified by the reasons set forth in the motion.

Accordingly, it is hereby ORDERED that (1) Davis's unopposed motion for extension of time to file his budget request is GRANTED; (2) Davis shall file his proposed budget on or before January 12, 2022; and (3) in all other respects the deadlines and other provisions established by this court's Order issued November 5, 2021 (ECF no. 7) shall remain in full force and effect.

**SIGNED January 6, 2022.**

**DAVID HORAN**
**UNITED STATES MAGISTRATE JUDGE**