IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRANKLIN DAVIS,<br>  Petitioner,<br><br>v.<br><br>BOBBY LUMPKIN, Director, Texas<br>Department of Criminal Justice,<br>Correctional Institutions Division,<br>  Respondent. | §<br>§<br>§<br>§<br>§ No. 3:21-cv-2333-B-BN<br>§<br>§<br>§<br>§ |

**ORDER DIRECTING RESPONSE TO PRO SE
MOTION TO WITHHOLD FUNDING**

The matter before the Court is Petitioner Franklin Davis has filed a pro se and ex parte motion on May 29, 2024, *see* Dkt. No. 104, asking this court to withhold federal funding to Davis's court-appointed federal habeas counsel until such time as federal habeas counsel perform certain tasks at the insistence of their client.

The Court would appreciate receiving a response from Petitioner's federal habeas counsel to this latest pro se motion, including an explanation of whether said counsel would prefer to have this latest motion stricken or withdrawn based on the contents. The Court ORDERS that petitioner's federal habeas counsel must file by **June 25, 2024** any response that they wish this Court to consider before ruling on the latest pro se motion (Dkt. No. 104).

SO ORDERED on June 4, 2024

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE